**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEOM SU LEE,

                  Plaintiff,

       v.

KIM YONJA et al.,

                  Defendants.

Case No. 2:23-cv-10677-MCS-E

**JUDGMENT**

Pursuant to this Court's Order Re: Motion for Default Judgment and other orders, IT IS ADJUDGED that this action is dismissed with prejudice with respect to Defendants SBS International Inc. and MBC America, and without prejudice with respect to all other Defendants. Plaintiff Beom Su Lee shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1